IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 22 CV 04123 |
| | ) | |
| versus | ) | Honorable Judge Kennelly |
| | ) | |
| CHICAGO POLICE OFFICER LARRY RATTLER, STAR #7101; CHICAGO POLICE OFFICER TITO FERNANDEZ, STAR #11891; CHICAGO POLICE OFFICER BJORNN MILLAN, STAR #6087; CHICAGO POLICE OFFICER GOFF STAR # 11111; CHICAGO POLICE SGT. JEFFERSON, STAR #2445; and THE CITY OF CHICAGO, a Municipal Corporation, | ) ) ) ) ) ) ) ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THIS MATTTER WITH PREJUDICE

Plaintiff, JAMES T. POWELL, by and through his attorneys, LAW OFFICES OF JEFFREY J. NESLUND, respectfully moves this Honorable Court to enter an Order in support of the following:

1. Plaintiff moves to voluntarily dismiss this matter with prejudice and with each party bearing its own costs.

WHEREFORE, Plaintiff, JAMES T. POWELL, respectfully requests this Honorable Court to enter an order:

A. Voluntarily dismissing this matter with prejudice and with each party bearing its own costs.

Respectfully submitted,

/s/ Jeffrey J. Neslund
Jeffrey J. Neslund, Attorney for Plaintiff

Jeffrey J. Neslund

Law Offices of Jeffrey J. Neslund
20 North Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-1100